**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-7536**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES VINCENT WELLS,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CR-96-34-BR, CA-00-730-5-BR)

─────────

Submitted: January 31, 2002            Decided: February 7, 2002

─────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Kieran Joseph Shanahan, SHANAHAN LAW GROUP, Raleigh, North Carolina, for Appellant. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Vincent Wells seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Wells</u>, Nos. CR-96-34-BR; CA-00-730-5-BR (E.D.N.C. filed June 8, 2001 & entered June 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>